# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154124 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MAXIE LEE SMILES,
        Defendant-Appellant.

SC: 154124
COA: 331674
Wayne CC: 06-006682-FC

_____/

On order of the Court, the application for leave to appeal the June 2, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017



a1212

Clerk